LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER AND LINDA MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>Defendants. | CASE NO. C 06 0563 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date: June 9, 2006<br>Conference Time: 1:30 p.m.<br>Location: Courtroom 2, 17th Floor<br>San Francisco |

For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court hereby continues the June 9, 2006 Case Management Conference ("CMC") to December 1, 2006, at 1:30 p.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far

- 3 -   [PROPOSED] ORDER

enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: May 25, 2006

Honorable Jeffrey S. White
United States District Court Judge

Plaintiffs shall serve Defendants no later than 120 days of the date of this Order.

- 4 -   [PROPOSED] ORDER